IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHERINE ANNE SMITH,

  Appellant,

v.

WILLIAM G. SMITH, JR.,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5404

Opinion filed May 17, 2017.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

F. Wallace Pope, Jr., Brandon D. Bellew, and Eric J. Brooks of Johnson, Pope, Bokor, Ruppel & Burns, LLP, Clearwater; Jackie L. Fulford of the Law Office of Jackie L. Fulford, P.A., Tallahassee, for Appellant.

Kenneth R. Hart and Kevin A. Forsthoefel, Ausley McMullen, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

BILBREY, WINOKUR, and WINSOR, JJ., CONCUR.